IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JAN 12 2024

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| __Lewis:Siren_agent for SIREN LEWIS, Plaintiff  )<br>)<br>)<br>)<br>-vs-    )<br>)<br>CROSSCOUNTRY MORTGAGE   )<br>DOVENMUEHLE MORTGAGE   )<br>Ronald Leonhardt, Jr.    )<br>CT _CORPORATION SYSTEM & all_attendees,<br>Defendant(s) | CASE NO.__4:23CV4568<br><br>MAGISTRATE Christina A Bryan |

## SIREN LEWIS'S MOTION TO FILE ELECTRONICALLY

I am expressing a need to file electronically due to the following.

1. Time sensitive information.
2. Motions not limited to other time sensitive information which will need to be processed before the appointed due dates governed by our magistrate.
3. My postal system here in Ft Bend has proven to be unreliable.
4. This feature would be easiest to communicate for all parties involved.
5. Prior communications with this court have delayed my progress due to my being provided incorrect or incomplete address by Ohio Northern District Court which has impacted delays in progress with Southern District Court Houston Texas Division.
6. Ohio Court Northern District did not update my address and I have not received any communications on progress on this case until Jan 5th, 2024, when I called Ohio Court for status update.
7. Driving distance is not conducive to a new work schedule, due date set by magistrate, and hours of operation for this court to turn in filings prior to the closing hours of The Southern District Court Houston Division.

Respectfully submitted on this 12th day of January 2024.

**SIREN LEWIS**

/s/Lewis:Siren

Agent for SIREN LEWIS
5680 Hwy 6 Ste 418
Missouri City, TX 77459
**Counsel for SIREN LEWIS in c/o Lewis: Siren**