UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIREN LEWIS, | § | |
|    *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-4568 |
| | § | |
| CROSSCOUNTRY MORTGAGE, ET AL., | § | |
|    *Defendants*. | § | |

## ORDER

On August 14, 2023, Plaintiff Siren Lewis, appearing pro se, filed a form Complaint for Violation of Civil Rights in United States District Court for the Northern District of Ohio. ECF 1. She also filed a Motion to File Electronically. ECF 3. The District Judge in the Northern District of Ohio, acting sua sponte, transferred the case to the United States District Court for the Southern District of Texas because Plaintiff resides in this district and the property in question appears to be located in Texas.[1] ECF 5. On January 12, 2024, Plaintiff re-filed her Motion to File Electronically in this Court. ECF 9. It is

ORDERED that Plaintiff's Motion to File Electronically is GRANTED. Permission will terminate at the end of this case. Plaintiff must complete any required registration necessary to obtain electronic filing privileges located at:

---

[1] The District Court referred this case to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and Federal Rule of Civil Procedure 72. ECF 7.

pacer.uscourts.gov/register for an account/non-attorney filers for CM/ECF.  Once registered, the Clerk will provide Plaintiff access to the CM/ECF system for purpose of filing pleadings in this case.  Plaintiff WILL NOT have the ability to file documents in any other case other than the above-styled case and WILL NOT have the ability to file a new case using the CM/ECF system.  Plaintiff is hereby notified that upon being registered to receive electronic notices, the Clerk WILL NOT mail hard copies of docket entries to Plaintiff.  It is Plaintiff's responsibility to monitor the email address registered with the Clerk and to monitor this case docket in order to be informed of all activity in her case.

Plaintiff is cautioned that the court may revoke this privilege to use the electronic filing system at any time.  By accepting this privilege, Plaintiff agrees to the following conditions:

1.      Plaintiff will maintain familiarity with the technical and procedural requirements as they are adopted by the court;

2.      Use of Plaintiff's login and password constitutes her signature on documents filed electronically for purposes of the Federal Rules of Civil Procedure;

3.      Plaintiff is responsible for all use of her login and password, whether authorized or not; and

4.      By registering, Plaintiff consents to electronic service of documents and notices through the Court's Electronic Case Filing System and waives service by other means.

Plaintiff may electronically file all documents in this case, subject to revocation by the court should she misfile documents, use improper ECF event codes, or for other reasons that the court finds sufficient for revocation.

Signed on January 16, 2024, at Houston, Texas.

                                                      Christina A. Bryan
                                            United States Magistrate Judge