UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SIREN LEWIS, §<br>    *Plaintiff*, §<br>   §<br>v.    §<br>   §<br>CROSSCOUNTRY MORTGAGE, ET AL., §<br>    *Defendants*. § | CIVIL ACTION NO. 4:23-CV-4568 |

## **MEMORANDUM AND RECOMMENDATION**

This case involving Plaintiff's mortgage loan, in which Plaintiff is proceeding pro se, is before the Court on "Siren Lewis's Motion for Default Judgement" as to "[t]he New CrossCountry Mortgage doing business as NationStar Mortgage." ECF 24. NationStar Mortgage has never been served and is not a defendant in this case. The Court recently denied Plaintiff's Motion for Leave to Amend to add NationStar Mortgage as a defendant. ECF 28. In addition, Plaintiff's Motion for Default fails to comply with any of the procedural requirements of Federal Rule of Civil Procedure 55. For these reasons, the Court RECOMMENDS that Plaintiff's Motion for Default Judgment (ECF 24) be DENIED.

The Clerk of the Court shall send copies of the memorandum and recommendation to the respective parties, who will then have fourteen days to file written objections, pursuant to 28 U.S.C. § 636(b)(1)(C). Failure to file written objections within the time period provided will bar an aggrieved party from attacking

the factual findings and legal conclusions on appeal. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc), superseded by statute on other grounds.

Signed on June 10, 2024, at Houston, Texas.

                                            Christina A. Bryan
                                        United States Magistrate Judge