United States District Court
Southern District of Texas
**ENTERED**
June 26, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| SIREN LEWIS, *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:23cv4568 |
| CROSSCOUNTRY MORTGAGE, ET AL., *Defendants.* | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 10, 2024 (Dkt. 29) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this __26th__ day of June, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE