United States District Court
Southern District of Texas
**ENTERED**
June 26, 2024
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

## HOUSTON DIVISION

| | |
|---|---|
| SIREN LEWIS, § | |
| *Plaintiff,* § | |
| § | |
| V. § | CIVIL ACTION NO. 4:23cv4568 |
| § | |
| CROSSCOUNTRY MORTGAGE, ET AL., § | |
| *Defendants.* | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated June 10, 2024 (Dkt. 30) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court. Plaintiff's claims against all Defendants are **DISMISSED WITH PREJUDICE**. The court will issue a separate Final Judgment.

**SIGNED** at Houston, Texas this __26th__ day of June, 2024.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE